DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES EARL MELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0009 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| JAMES EARL MELO, | ) ) | Date: January 30, 2012 |
| Defendant. | ) ) ) | Time: 9:00 A.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Yasin Mohammad, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant James Earl Melo, that the hearing currently set for January 9, 2012 at 9:00 a.m., **may be rescheduled to January 30, 2012 at 9:00 a.m.**

The reason for the continuance is to permit Probation time to complete the dispositional report, and allow defense counsel time to review the dispositional report with the defendant. The parties agree that additional time is needed and the continuance will conserve time and resources for both counsel and the court.

///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), and that good cause exists, and the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 5, 2012

/s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: January 5, 2012

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
James Earl Melo

**ORDER**

IT IS SO ORDERED.

Dated:      January 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE